**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

**CIVIL ACTION NO.: 9:25-cv-00686-RMG**

|  |  |  |  |
|---|---|---|---|
| Jon Robert Mease, | ) | | |
| | ) | | |
| Plaintiff, | ) | **PLAINTIFF'S RULE 26(a)(2)** | |
| | ) | **EXPERT WITNESS DISCLOSURES** | |
| vs. | ) | | |
| | ) | | |
| Oleg Grishchenko and WTA Global, Inc. | ) | ) | |
| | ) | | |
| Defendants. | ) | | |

**PLAINTIFF'S RULE 26(a)(2) DISCLOSURES**

Pursuant to the Court's Scheduling Order and Fed. R. Civ. P. 26(a)(2), the Plaintiff provides the following disclosures:

### (B) Witnesses Who Must Provide a Written Report

1.      Dr. Paul K. White, MD, CLCP
        171 Huntington Rd. NE
        Atlanta, GA 30309

Dr. Paul White is a certified life care planner. Plaintiff retained Dr. White as a medical expert witness to evaluate the Plaintiff and identify his future medical needs and quantify the costs associated with that treatment.  A copy of Dr. White's written report, *i.e.,* Life Care Plan and curriculum vitae were previously provided.  A statement of compensation is attached.

### 2.   Witnesses Who Do Not Provide a Written Report

1.      Scott Kowalski, D.O.
        Medicus Spine & Joint
        413 W Montgomery Rd, Suite 406
        Savannah, GA 31406-3396
        (912) 358-0565

        Field of Expertise:              Interventional Pain Physician

Dr. Kowalski is a treating physician who will testify to the medical treatment of the Plaintiff, as reflected in the medical records. Dr. Kowalski will testify that the injuries Plaintiff sustained were caused or aggravated by the collision. Dr. Kowalski is expected to testify that Plaintiff sustained permanent injuries as a result of the collision. He will also testify that his medical charges were reasonable, related and customary for Plaintiff's medical care and treatment in the past and into the future. Dr. Kowalski's testimony and conclusions are based on his observations and opinions he formed during the course and within the scope of Plaintiff's treatment.

2.      Drew Brown IV, M.D.
        Medicus Spine & Joint
        413 W Montgomery Rd, Suite 406
        Savannah, GA 31406-3396
        (912) 358-0565

        Field of Expertise:          Orthopedic Surgeon

Dr. Brown is a treating physician and surgeon who will testify to the medical treatment of the Plaintiff, as reflected in the medical records. Dr. Brown will testify that the injuries Plaintiff sustained were caused or aggravated by the collision. Dr. Brown is expected to testify that Plaintiff sustained permanent injuries to his spine as a result of the collision. He will also testify that his medical charges were reasonable, related and customary for Plaintiff's medical care and treatment in the past and into the future. Dr. Brown's testimony and conclusions are based on his observations and opinions he formed during the course and within the scope of Plaintiff's treatment.

3.      Dr. A. Joseph Borelli, MD
        MRI at Belfair
        18 Clarks Summit Drive
        Bluffton, SC 29910

        Field of Expertise:          Radiology

Dr. Borelli is board certified in diagnostic radiology. He is a treating physician who will testify to the medical diagnosis and treatment of the Plaintiff, as reflected in the medical records. Dr. Borelli is expected to testify that Plaintiff sustained permanent injuries to his spine as a result of the collision. He will also testify that his medical charges were reasonable, related and customary for Plaintiff's medical care and treatment in the past and into the future. Dr. Borelli's testimony and conclusions are based on his observations and opinions he formed during the course and within the scope of Plaintiff's treatment.

4.      Dr. Vikram Sobti, MD
        Atlantic Radiology - Pooler Imaging Center
        136 Traders Way
        Pooler, GA 31322

Field of Expertise:          Radiology

Dr. Sobti is board certified in diagnostic radiology. He is a treating physician who will testify to the medical diagnosis and treatment of the Plaintiff, as reflected in the medical records. Dr. Sobti is expected to testify that Plaintiff sustained permanent injuries to his spine as a result of the collision. He will also testify that his medical charges were reasonable, related and customary for Plaintiff's medical care and treatment in the past and into the future. Dr. Sobti's testimony and conclusions are based on his observations and opinions he formed during the course and within the scope of Plaintiff's treatment.

5.      Dr. Richard Burgner, MD
        Atlantic Radiology - Pooler Imaging Center
        136 Traders Way
        Pooler, GA 31322

Field of Expertise:          Radiology

Dr. Burgner is board certified in diagnostic radiology. He is a treating physician who will testify to the medical diagnosis and treatment of the Plaintiff, as reflected in the medical records. Dr. Burgner is expected to testify that Plaintiff sustained permanent injuries to his shoulder as a result of the collision. He will also testify that his medical charges were reasonable, related and customary for Plaintiff's medical care and treatment in the past and into the future. Dr. Burgner's testimony and conclusions are based on his observations and opinions he formed during the course and within the scope of Plaintiff's treatment.

**MORGAN & MORGAN, P.A.**

By:_ */s/ J. Benjamin Myers*
J. BENJAMIN MYERS, ESQ.
SC Bar No.: 100190
Federal ID: 14272
4401 Belle Oaks Drive, Suite 300
North Charleston, SC, 29405
Telephone: (843) 619-4611
Fax: (854) 222-6501
ben.myers@forthepeople.com
*Attorney for the Plaintiff*

December 9, 2025