# INVOICE

**MD LCP, LLC**
171 Huntington Rd NE
Atlanta, GA 30309-1503

paul@LifeCarePlansMD.com
+1 (404) 502-8989
www.LifeCarePlansMD.com



**LIFE CARE PLANS, MD**

**Bill to**
Morgan and Morgan
20 N. Orange Ave
Suite 1600
Orlando, FL 32801
United States

**Ship to**
Morgan and Morgan
20 N. Orange Ave
Suite 1600
Orlando, FL 32801
United States

**Invoice details**

Invoice no.: 15973425
Terms: Due on receipt
Invoice date: 04/18/2025
Due date: 06/23/2025

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | | **LCP STANDARD - > 30 days** | Jon Mease | 1 | $6,500.00 | $6,500.00 |

| | | |
|---|---|---|
| | Total | **$6,500.00** |