# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## BEAUFORT DIVISION

| | |
|---|---|
| Jon Robert Mease, | |
| Plaintiff, | Civil Action No.: 9:25-cv-00686-RMG |
| v. | |
| Oleg Grishchenko and WTA Global Inc. | **APPEARANCE OF COUNSEL** |
| Defendant(s). | |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD**:

I am admitted to practice in this court, and I appear in this case as counsel for Jon Robert Mease.

Respectfully submitted,

                                         **MORGAN & MORGAN, P.A.**

                                         */s/ Cooper Klaasmeyer*
                                         COOPER KLAASMEYER, ESQ.
                                         SC Bar No.:     105795
                                         Federal ID:     14272
                                         4401 Belle Oaks Drive, Suite 300
                                         North Charleston, SC, 29405
                                         Phone:          (843) 973- 5438
                                         Fax:             (854) 429-6281
                                         cooper.klaasmeyer@forthepeople.com
                                         **Attorney for the Plaintiff**

Charleston, SC
December 9, 2025