# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# BEAUFORT DIVISION

| | | |
|---|---|---|
| Jon Robert Mease , | ) | Case No.: 9:25-cv-00686-RMG |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | **OFFER OF JUDGMENT** |
| Oleg Grishchenko and WTA Global, Inc., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**YOU WILL PLEASE TAKE NOTICE** that, pursuant to Rule 68(a) of the <u>Federal Rules of Civil Procedure</u>, WTA Global, Inc. and Oleg Grishchenko, hereby offer to allow judgment to be taken against them jointly and severally, by Jon Robert Mease, in the single and global amount of Three Hundred Thousand Dollars and 00/100 ($300,000.00). Should this offer not be accepted within twenty (20) days, it is deemed withdrawn and these Defendants shall proceed with preparation for trial.

This offer shall not in any way be considered an admission of liability on the part of WTA Global, Inc. or Oleg Grishchenko. This offer is made only in an effort to avoid the otherwise unnecessary costs of preparing for the trial of this case. Fees and costs are included as part of the total sum for which judgment may be entered. Jon Robert Mease shall not recover beyond Three Hundred Thousand Dollars and 00/100 ($300,000.00) at the trial of this matter.

*Signature Page to Follow*

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/Jake M. Tillery
Mark S. Barrow Fed. I.D. No. 1220
Jake M. Tillery Fed. I.D. No. 14371
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233

**ATTORNEYS FOR THE DEFENDANTS**

Columbia, South Carolina

December 19, 2025