IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

BEAUFORT DIVISION

| | | |
|---|---|---|
| **Jon Robert Mease,** | ) | Case No.: 9:25-cv-00686-RMG |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **CONSENT MOTION TO AMEND** |
| | ) | **SCHEDULING ORDER** |
| **Oleg Grishchenko and WTA Global, Inc.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**TO:     UNITED STATES DISTRICT COURT:**

The parties consent and hereby move the Court for a Third Consent Amended Scheduling Order in the above-referenced case. A proposed order is being emailed to Chambers. The proposed order adds an additional ninety (90) to (105) days to each of the remaining deadlines, including trial. The basis for this motion is that Plaintiff has been scheduled for a surgical procedure on February 23, 2026. Thus, expert physicians for both parties will need additional time to review Plaintiff's applicable medical records and treatment, including updating expert reports, as necessary. The parties believe this amendment will not result in undue delay in the resolution of this matter and that the amendment is in the interest of justice. Therefore, the parties respectfully request that the Court amend the Second Amended Scheduling Order [Dkt. No. 13], in accordance with the Third Amended Scheduling Order.

*Signature Page to Follow*

| I SO MOVE: | I CONSENT: |
|---|---|
| s/Jake M. Tillery | s/James Benjamin Myers |
| Mark S. Barrow, Fed. I.D. 1220 | James Benjamin Myers, Fed. I.D. 14279 |
| Jake M. Tillery, Fed. I.D. 14371 | Michael Cooper Klaasmeyer, Fed. I.D. 14272 |
| Sweeny, Wingate & Barrow, P.A. | Morgan and Morgan, P.A. |
| Post Office Box 12129 | 4401 Belle Oaks Drive, Suite 300 |
| Columbia, SC 29211 | North Charleston, SC 29405 |
| (803) 256-2233 | (843) 619-4611 |
| *Attorneys for Defendants* | *Attorneys for Jon Robert Mease* |