# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

### BEAUFORT DIVISION

| | | |
|---|---|---|
| **Jon Robert Mease ,** | ) | **Case No.:  9:25-cv-00686-RMG** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CONSENT MOTION TO AMEND SCHEDULING ORDER** |
| **Oleg Grishchenko and WTA Global, Inc.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**TO:     UNITED STATES DISTRICT COURT:**

The parties consent and hereby move the Court for a Fourth Amended Scheduling Order in the above-referenced case. A proposed order is being emailed to Chambers. The proposed order adds an additional ninety (90) days to the remaining deadlines. The basis for this motion is that Plaintiff has only recently undergone additional medical treatment, to include a spinal surgery, which Plaintiff contends is causally related to the underlying accident. Defendant will need additional time to receive subpoena records, allow its experts time for review, and depose treating / expert physicians regarding Plaintiff's additional treatment. The parties believe this amendment will not result in undue delay in the resolution of this matter and that the amendment is in the interest of justice. Therefore, the parties respectfully request that the Court amend the Third Amended Scheduling Order [Dkt. No. 20], in accordance with the Proposed Fourth Amended Scheduling Order.

*Signature Page to Follow*

I SO MOVE:                                      I CONSENT:

s/Jake M. Tillery                               s/ J. Benjamin Myers_____
Mark S. Barrow, Fed. I.D. 1220                  James Benjamin Myers, Fed. I.D. 14279
Jake M. Tillery, Fed. I.D. 14371                Cooper Klaasmeyer, Fed. I.D. 14272
Sweeny, Wingate & Barrow, P.A.                  Morgan and Morgan
Post Office Box 12129                           4401 Belle Oaks Drive, 3rd Floor
Columbia, SC  29211                             North Charleston, SC 29405
(803) 256-2233                                  (843) 619-4611
*Attorneys for Defendants*                      *Attorney for Jon Robert Mease*