## JOINT STATUS REPORT

**Plaintiff(s):**

Jon Robert Mease

**Defendant(s):**

Oleg Grishchenko, WTA Global, Inc., and AllState Fire and Casualty Company (UIM)

**Cause of Action Number(s):**

9:25-cv-00686-RMG

**Date Filed:**

Filed: 02/04/2025 | Removed: 02/06/2025

**Plaintiff's Attorney(s) (specifying which attorney is representing which Plaintiff):**

James B. Myers and Cooper M. Klaasmeyer

**Defendant's Attorney(s) (specifying which attorney is representing which Defendant):**

Oleg Grishchenko and WTA Global, Inc.: Mark S. Barrow and Jake M. Tillery

AllState Fire and Casualty Company (UIM): Samuel C. Shealy

**Locale where dispute arose:**

Jasper County, South Carolina

**Date when dispute arose:**

May 22, 2024

**Brief non-argumentative synopsis of the case (should be suitable to read to the jury venire):**

This case arises out of a motor vehicle accident wherein Defendant Oleg Grishchenko, driving within the course and scope of his employment for WTA Global, Inc., collided with the rear of Plaintiff's vehicle on U.S. Highway 17. Defendants have admitted liability. Plaintiff contends that he suffered injuries as a result of the underlying motor vehicle accident, which required certain medical treatment. Further Plaintiff believes that he will require certain medical treatment in the future as a direct result of the alleged injuries sustained in the motor vehicle accident. Defendants challenge the causal relationship and/or reasonableness of Plaintiff's past and future medical care.

1

**Pending Motions:**

None at this time

**Has this case already been continued? If yes, how many times?**

The scheduling of this case is subject to the Fourth Amended Scheduling Order (Dkt. No. 23).

**Requests for Protection:**

Defense Counsel has date certain trials for the weeks of August 31, 2026; September 21, 2026; and October 26, 2026 (which is expected to be a two week trial).

Plaintiff Counsel, James B. Myers, has US Army Reserve duty September 11-14, 2026; November 13-16, 2026; and January 8-11, 2027.

**Length of trial and three agreed upon dates for the trial during this Term of Court:**

The parties anticipate the trial of this case lasting four (4) days. The parties propose the following three dates for trial: December 7, 2026, January 18, 2027, or January 25, 2027.

**Has this case been mediated? Please provide the relevant dates:**

Yes. The parties mediated this case on December 9, 2025, with Mediator Jon Austin, which resulted in an impasse.


s/James Benjamin Myers
Counsel for Plaintiff

s/Mark S. Barrow
Counsel for Defendants

s/Samuel C. Shealy
Counsel for AllState Fire and Casualty Company (UIM)