**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**BEAUFORT DIVISION**

**CIVIL ACTION NO.: 9:25-cv-00686-RMG**

|  |  |  |
|---|---|---|
| Jon Robert Mease, | ) | |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S AFFIDAVITS OF** |
| | ) | **RECORDS CUSTODIAN WITNESSES** |
| vs. | ) | |
| | ) | |
| Oleg Grishchenko and WTA Global, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S AFFIDAVITS OF RECORDS CUSTODIAN WITNESSES**

Pursuant to the Court's Scheduling Order and Fed. R. Evid. 803(6) and 902(11), the Plaintiff provides the following affidavits of records custodian witnesses to be presented by affidavit at trial:

1. Medicus Spine and Joint;

2. Pooler Imaging Center (Atlantic Radiology Associates)

3. 3T MRI at Belfair;

4. Advanced Imaging Centers;

5. Benchmark Rehab Partners (also known as Benchmark Physical Therapy);

6. Trident Anesthesia Group;

7. Charleston Surgery Center;

8. Novant Health Coastal Carolina Medical Center;

9. Novant Health Heart & Vascular Institute Cardiology Consultants.

[*Signature Page Follows*]

**MORGAN & MORGAN, P.A.**

By: _/s/ J. Benjamin Myers_____
J. BENJAMIN MYERS, ESQ.
SC Bar No.: 100190
Federal ID: 14279
4401 Belle Oaks Drive, Suite 300
North Charleston, SC, 29405
Telephone: (843) 619-4611
Fax: (854) 222-6501
ben.myers@forthepeople.com
*Attorney for the Plaintiff*

North Charleston, South Carolina
August 3, 2026