

# CERTIFICATION OF MEDICAL RECORDS

**Patient Name:** Mease , Jon
**DOB:** July 27th, 1960

I certify that the documents attached to this certificate, consisting of ____336_____ pages, are accurate and complete duplicates of the original medical records of the patient listed above for the following period of time:___06/03/2024_____ to __03/09/2026_____

**Exclusions:** As follows:

**Certification of No Records:** A thorough search of our files, carried out under my direction, revealed no documents, records or other materials called for in the medical records request. I further certify that the produced records are a true copy of ALL the records requested and are kept in the course of regularly conducted activity.

**Executed on** April 27th, 2026

_____Harleigh Guy_____

*Records Custodian (signature)*

_____Harleigh Guy _____

*Printed Name of Records Custodian*

MEDICUS SPINE & JOINT
4540 Southside Blvd
Jacksonville FL 32216-5488
866-448-1874
904-374-6075

# Certificate of Custodian

**Patient Name:** Jon Mease
**Provider Name:** Medicus Spine & Joint-Savannah

**1.** _____

☐ **Certificate of Complete File**

*All documents were prepared or compiled by persons employed by the above-named, in the ordinary course of business, at or near the time of the acts or events recorded. I declare that the complete file which is in my possession and custody, has been asked for and delivered for inspection and reproduction. No documents or items have been intentionally withheld.*

169
____*pages were copied and produced on this* _06th_ *day of* November *2025*

☐ **Certificate of Partial File**

*All documents, records, correspondence and other items which are in my possession, custody and control, have not been released for inspection and reproduction. The reason for not releasing the records is as follows:*

_____

*The following records have not been released*_____

____*pages were copied and produced on this* ____ *day of* _____, *2025*

☐ Certificate of No File
*A thorough search has been made for the requested file. Based on the information furnished, no file was found this* _____ *day of* _____, *2025*

☐ Records have been purged
☐ No record of patient at this facility
☐ Other_____

**2.**_____

_____Ayman Atcha_____    _____
**printed name of custodian**                         **signature of custodian**

## Certificate of Custodian

**Patient Name:** Jon Mease
**Provider Name:** 3T MRI at Belfair

1.
☑ **Certificate of Complete File**

*All documents were prepared or compiled by persons employed by the above-named, in the ordinary course of business, at or near the time of the acts or events recorded. I declare that the complete file which is in my possession and custody, has been asked for and delivered for inspection and reproduction. No documents or items have been intentionally withheld.*

*20 pages were copied and produced on this 5th day of Nov, 2025*

☐ **Certificate of Partial File**

*All documents, records, correspondence and other items which are in my possession, custody and control, have not been released for inspection and reproduction. The reason for not releasing the records is as follows:*

*The following records have not been released* _____

*_____ pages were copied and produced on this _____ day of _____, 2025*

☐ Certificate of No File

*A thorough search has been made for the requested file. Based on the information furnished, no file was found this _____ day of _____, 2025*

☐ Records have been purged
☐ No record of patient at this facility
☐ Other _____

2. _____

Jaynnie E. Moragas
**printed name of custodian**

**signature of custodian**

From National Record Retrieval 1.877.815.2003 Mon Nov  3 09:15:08 2025 MST Page 2 of 5

## Certificate of Custodian

**Patient Name:** Jon Mease
**Provider Name:** 3T MRI at Belfair

1.
☑ **Certificate of Complete File**

*All documents were prepared or compiled by persons employed by the above-named, in the ordinary course of business, at or near the time of the acts or events recorded. I declare that the complete file which is in my possession and custody, has been asked for and delivered for inspection and reproduction. No documents or items have been intentionally withheld.*

*20 pages were copied and produced on this 5th day of Nov, 2025*

☐ **Certificate of Partial File**

*All documents, records, correspondence and other items which are in my possession, custody and control, have not been released for inspection and reproduction. The reason for not releasing the records is as follows:*

*The following records have not been released*_____

_____*pages were copied and produced on this* _____ *day of* _____, *2025*

☐ Certificate of No File
*A thorough search has been made for the requested file. Based on the information furnished, no file was found this* _____ *day of* _____, *2025*

☐ Records have been purged
☐ No record of patient at this facility
☐ Other _____

2._____

Jaynnie E. Moragas
**printed name of custodian**

**signature of custodian**

# BenchMark REHAB PARTNERS

## Billing
## Records Certification Affidavit

My name is Lindsay Davenport. I am a custodian of records for BenchMark Rehab Partners ("BenchMark"). __1__ pages of BenchMark ~~medical and~~ billing records for patient _____ __Jon Mease_____, DOB __7/27/1960__, are attached hereto ("the records"). The records record acts, events, conditions, or diagnoses and were made at or near the time by, or from information transmitted by, a person with knowledge. The records were kept in the course of BenchMark's regularly conducted business activity. It was the regular practice of that business activity to make the records. This concludes my affidavit.

_____
Lindsay Davenport
Custodian of Records

Date __1/15/26__

State of ____TN____

County of __Hamilton__

Sworn to and subscribed before me this __15th__ day of __January__, 20__26__

__Tamisha McGee_____

[notary's signature & seal]

My commission expires: __12/23/28__

TAMISHA MCGEE
STATE OF
TENNESSEE
NOTARY
PUBLIC
HAMILTON COUNTY
MY COMMISSION EXPIRES 12-23-2028

# BenchMark
## REHAB PARTNERS

## Records Certification Affidavit

My name is Lindsay Davenport. I am a custodian of records for BenchMark Rehab Partners ("BenchMark"). _64_ pages of BenchMark medical and billing records for patient _____ _Jon Mease_____, DOB _7/27/1960_, are attached hereto ("the records"). The records record acts, events, conditions, or diagnoses and were made at or near the time by, or from information transmitted by, a person with knowledge. The records were kept in the course of BenchMark's regularly conducted business activity. It was the regular practice of that business activity to make the records. This concludes my affidavit.

_____     Date _1/23/26_____

Lindsay Davenport
Custodian of Records


State of ____TN_____

County of ____Hamilton_____

Sworn to and subscribed before me this _23rd_ day of _January_____, 20_26_

_Tamisha McGee_____

[notary's signature & seal]

My commission expires: _12/23/28_____

TAMISHA MCGEE
STATE OF
TENNESSEE
NOTARY
PUBLIC
HAMILTON COUNTY
MY COMMISSION EXPIRES 12-23-2028

# Certificate of Custodian

**Patient Name:** Jon Mease
**Provider Name:** Pooler Imaging Center

**1.** _____

☐ **Certificate of Complete File**

*All documents were prepared or compiled by persons employed by the above-named, in the ordinary course of business, at or near the time of the acts or events recorded. I declare that the complete file which is in my possession and custody, has been asked for and delivered for inspection and reproduction. No documents or items have been intentionally withheld.*

4 *pages were copied and produced on this* 17th *day of* 03 , ~~2025~~ 2026  3/17/26  cf

☐ **Certificate of Partial File**

*All documents, records, correspondence and other items which are in my possession, custody and control, have not been released for inspection and reproduction. The reason for not releasing the records is as follows:*

_____

*The following records have not been released* _____

____*pages were copied and produced on this* _____ *day of* _____, *2025*

☐ Certificate of No File

*A thorough search has been made for the requested file. Based on the information furnished, no file was found this* _____ *day of* _____, *2025*

☐ Records have been purged
☐ No record of patient at this facility
☐ Other_____

**2.** _____

Chaely Fountain          *Chaely Fountain*
**printed name of custodian**          **signature of custodian**

## CERTIFICATE OF AUTHENTICATION OF MEDICAL RECORDS
## PURSUANT TO O.C.G.A §§ 24-9-902 & 24-8-803

**Patient Name:** ____Jon Mease____ (hereinafter "Patient")

**Medical Provider** ____AIC____ (hereinafter "Provider")

I, ____Roderica Hughey____, hereby certify and affirm in writing that I am the custodian of the medical records and am a person responsible for the keeping of the medical records for the above Provider, and that the within attached records, are complete, true and accurate reproductions of all the medical records maintained by the Provider concerning the above-named Patient, and that said records were (a) made at or near the time of the described acts, events, conditions, opinions, or diagnoses; (b) made by, or from information transmitted by, a person with personal knowledge and a business duty to report; (c) kept in the course of a regularly conducted business activity; and (d) it was the regular practice of that business activity to make the memorandum, report, record, or data compilation.

_____*R.Hughey*_____
Custodian or Physician

Sworn to and subscribed before me this
__11__ day of ___March___, 2026.

_____*Carlissa Kemp*_____
NOTARY PUBLIC

My Commission Expires:__6/29/29_____

(NOTARY SEAL)



## Datavant Release of Information

Patient Name: JON MEASE

Date of Birth: 07/27/1960

Medical Record #: 77237429

Court Case #:

## CERTIFICATION OF RECORDS

Enclosed are the medical records of JON MEASE . Datavant is producing the records as the Health Insurance Portability and Accountability Act business associate of NOVANT HEALTH SC REGION and pursuant to a subpoena or patient authorized request issued to NOVANT HEALTH SC REGION . Please accept this document as certification of the records produced herewith. The records you requested are maintained by NOVANT HEALTH SC REGION . The records produced herewith are accurate, complete, true, and correct copies of all records retrieved by Datavant from the NOVANT HEALTH SC REGION medical records pursuant to your request.

☐ No records for dates requested

☐ No patient found

Number of pages: 13

Includes billing records: Yes

Number of Images/CDs: _____

Date: 06/24/2026

TASHECA BRYANT

Datavant – Release of Information Vendor for

NOVANT HEALTH SC REGION





Protect.
Connect.
Deliver.

datavant.com

IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

BEAUFORT DIVISION

| | | |
|---|---|---|
| JON ROBERT MEASE, | ) | CASE NO.: 9:25CV-00686-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **AFFIDAVIT CERTIFYING RECORDS** |
| vs. | ) | |
| | ) | |
| OLEG GRISHCHENKO AND WTA GLOBAL, | ) | |
| INC., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

I, the undersigned records custodian or other qualified person of Charleston Surgery Center (the "Business") certify under oath, and in lieu of testifying via deposition or at trial, that the attached documents, totaling ___84___ pages (the "Records"), are true, accurate, and complete duplicates of all the requested records, that the Records were kept in the course of a regularly conducted business activity, and that it was the regular practice of this Business to create these records. The Records were made either contemporaneously with or soon after the time of the events they describe, by a person with knowledge of the events or based on information transmitted by a person with knowledge of the events, except for the following pages:

[X] None or [ ] As follows:_____

_____

_____

_____

[ ] Certification of No Records: A thorough search of our files revealed no documents responsive to this request.

Signed: _____

Title: _Sr. Bus Rep Yfc._

Provider: _Charleston Surg. Ctr_

Date: _7/28/26_

State of _South Carolina_

_Berkeley_ County

_____
Notary Public (seal)
My commission expires: _12/14/31_

## Datavant Release of Information

Patient Name: JON MEASE

Date of Birth: 07/27/1960

Medical Record #: 77237429

Court Case #:

## CERTIFICATION OF RECORDS

Enclosed are the medical records of JON MEASE. Datavant is producing the records as the Health Insurance Portability and Accountability Act business associate of NOVANT HEALTH SC REGION and pursuant to a subpoena or patient authorized request issued to NOVANT HEALTH SC REGION. Please accept this document as certification of the records produced herewith. The records you requested are maintained by NOVANT HEALTH SC REGION. The records produced herewith are accurate, complete, true, and correct copies of all records retrieved by Datavant from the NOVANT HEALTH SC REGION medical records pursuant to your request.

☐ No records for dates requested

☐ No patient found

Number of pages: 16                     Includes billing records: No

Number of Images/CDs:

Date: 06/24/2026

TASHECA BRYANT

Datavant – Release of Information Vendor for

NOVANT HEALTH SC REGION





Protect.
Connect.
Deliver.          datavant.com

IN THE UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

BEAUFORT DIVISION

|  |  |
|---|---|
| JON ROBERT MEASE, | ) CASE NO.: 9:25CV-00686-RMG |
|  | ) |
| Plaintiff, | ) |
|  | ) |
|  | ) **AFFIDAVIT CERTIFYING RECORDS** |
| vs. | ) |
|  | ) |
| OLEG GRISHCHENKO AND WTA GLOBAL,) | |
| INC., | ) |
|  | ) |
|  | ) |
| Defendants. | ) |

I, the undersigned records custodian or other qualified person of Trident Anesthesia Group (the "Business") certify under oath, and in lieu of testifying via deposition or at trial, that the attached documents, totaling ___18___ pages (the "Records"), are true, accurate, and complete duplicates of all the requested records, that the Records were kept in the course of a regularly conducted business activity, and that it was the regular practice of this Business to create these records. The Records were made either contemporaneously with or soon after the time of the events they describe, by a person with knowledge of the events or based on information transmitted by a person with knowledge of the events, except for the following pages:

[X] None or [ ] As follows:_____

_____

_____

[ ] Certification of No Records: A thorough search of our files revealed no documents responsive to this request.

*[Signature Page to Follow]*

Signed: _____

Title: Admin Assistant

Provider: Matthew Gannon, MD

Date: 03/30/2026

State of South Carolina

Berkeley County

_____
Notary Public (seal)

My commission expires: 07/24/2028